■ HILDA DIAMOND, Respondent, v. STANLEY DIAMOND, Appellant.— Order of the Supreme Court, Westchester County, dated February 13, 1974, affirmed, with $20 costs and disbursements. The remedy for any seeming inequity in a temporary order of alimony is a speedy trial at which the rights of the parties may be fully determined (*Bunker* v. *Bunker*, 44 A D 2d 711). Shapiro, Acting P. J., Cohalan, Christ, Brennan and Benjamin, JJ., concur.

■ In the Matter of RICHARD A. RAMM, Petitioner, v. BERTRAM D. SARAFAN et al., Constituting the State Liquor Authority, Respondent.— Proceeding to review a determination of the State Liquor Authority, dated July 25, 1973, suspending petitioner's retail liquor license for 30 days, 15 thereof deferred, and imposing a claim of $1,000 under petitioner's bond. Determination modified, on the law, by reducing the penalty to a letter of warning. As so modified, determination confirmed, without costs. The penalty was excessive and therefore an abuse of discretion to the extent indicated herein. Shapiro, Acting P. J., Cohalan, Christ, Benjamin and Munder, JJ., concur.